Certificate Number: 08381-INN-CC-015599547



08381-INN-CC-015599547

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 28, 2011, at 1:01 o'clock AM CDT, Jackie Jordan received from ConsumerBankruptcyCounseling.info, a Project of the Tides Center, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Indiana, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: July 29, 2011            By:    /s/Patricia Perez

                               Name:  Patricia Perez

                               Title: assistant

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 08381-INN-CC-015599548



08381-INN-CC-015599548

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 28, 2011</u>, at <u>1:01</u> o'clock <u>AM CDT</u>, <u>Jackie Earnestine Jordan</u> received from <u>ConsumerBankruptcyCounseling.info, a Project of the Tides Center</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Indiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>July 29, 2011</u>           By:     <u>/s/Patricia Perez</u>

                                    Name:   <u>Patricia Perez</u>

                                    Title:  <u>assistant</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).